UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **KIM LLOYD** | **CASE NO.  1:22-CV-03954** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **STATE FARM FIRE & CASUALTY CO ET AL** | **MAGISTRATE JUDGE KAY** |

## MEMORANDUM RULING

Before the Court is "Motion to Dismiss Pursuant to Rule 12(b)(6) Filed by State Farm General Insurance Company and State Farm Mutual Automobile Insurance Company on the Issue of No Policy Issued by Movers" (Doc. 17).  The Motion is unopposed.

Defendants, State Farm General Insurance Company and State Farm Mutual Automobile Insurance Company, move to be dismissed with prejudice from the instant lawsuit because these Defendants did not issue a policy to insure Plaintiff's property.  As noted herein, the Motion is unopposed. Accordingly, the Court will grant Defendant's motion.

**THUS DONE AND SIGNED** in Chambers on this 19th day of September, 2023.

_____
**JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE**